# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| KATHERINE E. MELTON, | Case No. 3:23-cv-00020-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEPHANEE RACHEL LAWSON, | |
| Defendant. | |

*Pro se* Plaintiff Katherine E. Melton brings this action against Defendant Stephanee Rachel Lawson. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla L. Baldwin (ECF No. 3), recommending the Court grant Melton's application to proceed *in forma pauperis* ("IFP Application") but dismiss her proposed Complaint without leave to amend. Plaintiff had until February 3, 2023, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will grant Melton's IFP Application but dismiss her Complaint.

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Baldwin did not clearly err. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that, where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection."). Here, Judge Baldwin recommends granting Melton's IFP Application because she does not appear able to pay the filing fee. (ECF No. 3 at 2.) Judge Baldwin then recommends Melton's Complaint be dismissed without leave to amend because it does not comply with Fed. R. Civ. P. 8, *pro se* parties cannot represent other parties and Melton appears to be attempting just that, she cannot prosecute violations of criminal law, and the Court lacks subject matter jurisdiction over Melton's claims in any event. (*Id.* at

4-6.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Melton's IFP Application (ECF No. 1) is granted.

It is further ordered that Melton's Complaint (ECF No. 1-1) is dismissed, in its entirety, without prejudice but without leave to amend.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 8th Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE